

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2014

No. 04-13-00631-CR

Jose **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6911
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed an *Anders* brief, *see Anders v. California*, 386 U.S. 738 (1967), in which counsel asserts there are no meritorious issues to raise on appeal. Counsel has informed Appellant of his right to file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If Appellant elects to file a pro se brief, he must do so within THIRTY DAYS from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. Appellant's pro se brief must comply with the applicable rules. *E.g.*, TEX. R. APP. P. 38.1. Appellant may file his brief by mailing it to the following address:

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3130

If Appellant files a pro se brief, the State may file a responsive brief no later than THIRTY DAYS after the date Appellant's pro se brief is filed in this court.

Appellate counsel's motion to withdraw is HELD IN ABEYANCE pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2014.



_____

Keith E. Hottle
Clerk of Court